**M.C.**

v.

**HOUSTON CTY. DEP'T
OF HUMAN RES.**

2130904

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

**E.L.**

v.

**HOUSTON CTY. DEP'T
OF HUMAN RES.**

2130905

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

**FT. MITCHELL MHP, LLC**

v.

**PHILLIPS INV. PROPS., LLC**

2130908

Court of Civil Appeals of Alabama.

02/12/2015

Dismissed

**A.A.**

v.

**JEFFERSON CTY. DEP'T
OF HUMAN RES.**

2130915

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

**D.S.**

v.

**E.S.**

2130920

Court of Civil Appeals of Alabama.

01/29/2015

Dismissed

